NO. 06-14-00083 CR
IN THE
COURT OF CRIMINAL APPEALS
AUSTIN TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 12 2015

Abel Acosta, Clerk

Robert Shayne Kinslow

V

THE STATE OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

JAN 14 2015

Abel Acosta, Clerk

From APPEAL NO. 06-14-0083 CR
TRIAl CAUSE NO. CR01648
RED River COUNTY

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE Judges OF THE COURT OF CRIMINAL APPEALS: Comes NOW Robert Shayne Kinslow, Petitioner AND Files THIS motion FOR AN EXTENSION OF SIXTY (60) DAYS IN WHICH TO FILE A Petition FOR DISCRETIONARY Review IN Support OF THIS motion Appellant Shows THE COURT THE following:

### I

THE Petitioner WAS CONVICTED IN THE 6th District COURT OF RED River COUNTY OF THE OFFENCE OF INDENCY W A CHILD x2 CAUSE NO: CR01648 AND CR01649. Styled THE STATE OF TEXAS V'S Robert Shayne Kinslow. THE Petitioner Appealed To THE COURT OF APPEALS Sixth Appellate District OF TEXAS THE CASE WAS AFFIRMED ON 12-19-2014.

### II

THE PRESANT DEADLINE FOR Filing THE Petition FOR DISCRETIONARY Review IS 1-20-15, THE Petitioner HAS NOT REQUESTED ANY EXTENSION

PRIOR TO THIS REQUEST

## III

PETITIONER'S REQUEST FOR AN EXTENSION IS BASED ON THE FOLLOWING FACTS: PETITIONER WAS NOT INFORMED OF THE DESION OF THE COURT OF APPEALS IN AFFIRMING HIS CASE UNTIL 12-26-14. SCINCE THAT TIME PETITIONER HAS BEEN ATTEMPTING TO GAIN LEGAL REPRESENTATION IN THIS MATTER. HIS ATTORNEY ON THE APPEAL, DON BAIRD HAS INFORMED PETITIONER THAT HE WILL NOT REPRESENT HIM ON THE PETITION FOR DISCRETIONARY REVIEW

WHEREFORE, PETITIONER PRAYS THIS COURT GRANTS HIS MOTION AND AND EXTEND THE DEADLINE FOR FILING THE PETITION FOR DISCRETIONARY REVIEW IN CASE NO CR01148 TO 06-14-0083CR

Robert Shayne Kinslow
PETITIONER PRO SE
TEXAS DEPARTMENT OF
CRIMINAL JUSTICE
John MIDDLETON UNIT
T.O.C.J ID 1923349
Abiline TEXAS 79601

## CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE FORGOING FIRST MOTION FOR AN EXTENSION OF TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW HAS BEEN FORWARDED BY U.S. MAIL, POSTAGE PRE PAID, FIRST CLASS TO THE ATTORNEY STATE VAL VARLEY

AND TO THE STATE PROSECUTING ATTORNEY, PO BOX 12405 AUSTIN TEXAS 78711 ON THIS DAY OF _____ 2015

Robert Shayne Kinslow
PETITIONER PRO SE

UNSWORN DECLARATION

I Robert Shayne Kinslow T.DC.J 1923349 BEING PLEASANTLY INCARATED IN THE JOHN MIDDLETON UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE LOCATED IN TAYLOR COUNTY TEXAS, DECLARE UNDER PENALTY OF PURJURY THAT ALL STATEMENTS CONTAINED IN WITH ACCOMPING DOCUMENTS ARE TRUE AND CORRECT

EXECUTED ON THE ____ DAY OF 2015

Robert Shayne Kinslow
ROBERT SHAYNE KINSLOW